# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LUCIANO,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>TIM BUSBY, Warden,<br><br>　　　　　Respondent. | NO. EDCV 12-0053 GAF (SS)<br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:　　June 25, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE